UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CIVIL ACTION NO. _____

*Electronically filed*

JENNIFER RUBALCAVA, Individually, and As
Administratrix of the ESTATE OF NATHAN T. J.
RUBALCAVA; MADISON ANN RUBALCAVA,
By and through her mother and next friend,
JENNIFER RUBALCAVA; and LILLIAN EVE
RUBALCAVA, by and through her mother and
Next friend, JENNIFER RUBALCAVA                                   PLAINTIFFS

v.                    **PETITION FOR REMOVAL**

DANNY J. KELLER and
SHAWNEE EXPRESS, INC.                                             DEFENDANTS

\* \* \* \* \* \* \* \* \*

     Come the Defendant, Danny J. Keller and Shawnee Express, Inc., by and through counsel, and hereby file this Notice of Removal of the above-captioned action from the Rockcastle Circuit Court to the United States District Court, Eastern District, Southern Division in London, Laurel County, Kentucky. In support of the notice of Removal, the Defendants state as follows:

     1.     The Petitioners are Defendants in the above-styled civil action brought in Rockcastle Circuit Court, and entitled <u>Jennifer Rubalcava, et al. V. Danny J. Keller and Shawnee Express, Inc.</u>, being Civil Action No. 22-CI-00132.

     2.     To the best of Petitioners' knowledge and belief, Plaintiff filed her Complaint in the Rockcastle Circuit Court on or about August 19, 2022. The Defendant, Shawnee Express, Inc., first received notice of this action on or about September 1, 2022, by way of restricted delivery from the Kentucky Secretary of State's Office an Answer has been

filed on behalf of Shawnee Express, Inc., and served at this time, counsel for said Defendants entered a Notice of Appearance on or about September 21, 2022. Copies of all process and pleadings served and attempted to be served and upon these Defendants are attached hereto as Exhibit A and in compliance with 28 U.S.C. Section 1446(a). The Petitioners state that Defendant, Danny J. Keller has not yet been served with Summons and Complaint. Also attached is a copy of the Answer to the State Action.

3.  The action filed by the Plaintiff in Rockcastle Circuit Court is removable to this Court pursuant to Diversity of Citizenship and 28 U.S.C. Section 1332 as the matter in controversy allegedly exceeds the sum of $75,000, exclusive of interest and costs. The claims include the loss of life of Mr. Rubalcava; a loss of consortium claim by his surviving spouse and two claims for loss of parental consortium. The Plaintiff, to the best of Petitioners' knowledge and belief, has a domicile in the State of Georgia, and the Defendants are domiciled in Iowa and Illinois, respectively, with Shawnee Express, Inc., being a foreign corporation with its principle place of business being in Herrin, Illinois. To the best of Petitioners knowledge and belief none of the principals of the company reside in Kentucky. Therefore, this matter is properly removable under 28 U.S.C. Section 1441(a).

4.  Venue would be appropriate in the Eastern District, Southern Division, London, Laurel County, Kentucky of this Court because the alleged acts or omissions set forth in the Complaint occurred in or about Rockcastle County, Kentucky.

5.  This Notice of Removal is filed pursuant to 28 U.S.C. Section 1441 e. seq. within 30 days after the Defendants secured knowledge of service of Summons and Complaint.

WHEREFORE, the Defendants, Danny J. Keller and Shawnee Express, Inc., respectfully request that this Notice of Removal be filed, that the Civil Action No. 22-CI-00132 currently pending in Rockcastle County, be removed to and proceed in this Court and that no further procedures be had in the Rockcastle Circuit Court.

        Respectfully submitted,

        JOHN G. MCNEILL (KY #46820)
        LANDRUM & SHOUSE, LLP
        106 West Vine Street
        PO Box 951
        Lexington, KY  40588-0951
        jmcneill@landrumshouse.com
        Telephone:   859-255-2424
        Facsimile:    859-233-0308

BY:    /s/  JOHN G. MCNEILL
        ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has this 28th day of September, 2022, the foregoing document was electronically filed with the ECF system, which will send notification of such filing to the following:

Michael P. Reilly
The Jefferson Marders Building
11507 Main Street
Middletown Historic District
Louisville, KY  40243
mreilly@theattorneys.com
*Counsel for Plaintiff*

BY:    /s/  JOHN G. MCNEILL
        ATTORNEY FOR DEFENDANTS

4868-2802-5652, v. 1